# EXHIBIT B

EXHIBIT B

**John Hancock.** John Hancock Life Insurance Company of New York
A Stock Company

| | |
|---|---|
| **LIFE INSURED** | LILLY SEGAL |
| **POLICY NUMBER** | 93 972 826 |
| **PLAN NAME** | Performance UL |

**FLEXIBLE PREMIUM UNIVERSAL LIFE INSURANCE POLICY**
**ADJUSTABLE DEATH BENEFIT**
**BENEFIT PAYABLE ON LIFE INSURED'S DEATH**
**FLEXIBLE PREMIUMS PAYABLE TO AGE 121 DURING THE LIFE INSURED'S LIFETIME**

**NON-PARTICIPATING (NOT ELIGIBLE FOR DIVIDENDS)**

Subject to the conditions and provisions of this policy, if the Life Insured dies while the policy is in force, the John Hancock Life Insurance Company of New York ("the Company") agrees to pay the Insurance Benefit to the beneficiary in a lump sum, and to provide the other benefits, rights, and privileges, if any, of the policy. The Insurance Benefit is described in Section 6. If the Company makes other plans of payment available other than a lump sum, then a Beneficiary may request written election of any such other plans in lieu of a lump sum.

**READ YOUR POLICY CAREFULLY. It is a contract between you and us.**

**RIGHT TO RETURN POLICY. Within either (1) TEN DAYS** after receiving your policy if it does not replace another policy; or **(2) SIXTY DAYS** if it replaces an existing policy, you can return it for cancellation by delivering or mailing it to us or the agent who sold it. **Immediately upon delivery or mailing, the policy will be void from the beginning. We will refund in full the premium paid.**

Signed for the Company by:

_President_

_Secretary_

PU0106ANY

## Policy Provisions

**Section**

1. Policy Specifications
2. Table of Rates
3. Definitions
4. Qualification as Life Insurance
5. Total Face Amount
6. Insurance Benefit
7. Interest On Proceeds
8. Premiums
9. No-Lapse Guarantee
10. Grace Period
11. Policy Termination
12. Reinstatement
13. Coverage at and after Age 121
14. Policy Value
15. Loan Account and Guaranteed Interest Account
16. Loans
17. Surrenders and Withdrawals
18. Owner and Beneficiary
19. Assignment
20. Misstatements
21. Suicide
22. Incontestability
23. The Contract
24. Right to Postpone Payment of Benefits
25. Claims Of Creditors
26. Reports To Owner
27. How Values Are Computed

PU207

## 1. POLICY SPECIFICATIONS

| | | | |
|---|---|---|---|
| **Life Insured** | LILLY SEGAL | **Plan Name** | Performance UL |
| **Age at Policy Date** | 82 | **Policy Number** | 93 972 826 |
| **Sex** | Female | **Issue Date** | March  5, 2008 |
| **Risk Classification** | Preferred Non Smoker | **Policy Date** | March  5, 2008 |
| **Additional Ratings** | Not Applicable | | |

**Owner, Beneficiary**    As designated in the application or subsequently changed

**Death Benefit Option**    Option 1
**at Issue**

**Life Insurance**    Cash Value Accumulation Test
**Qualification Test Elected**

| | |
|---|---|
| Base Face Amount at Issue | $9,500,000.00 |
| Supplemental Face Amount at Issue | $0.00 |
| Total Face Amount at Issue | $9,500,000.00 |

**Governing Law**    New York

### PREMIUMS AT ISSUE

**Premium Mode**    Semi-Annual

**Planned Premium**
1. $430,565.73 for year 1 - 1
2. $426,360.00 for years 2 - 18
3. $0.00 thereafter

**Minimum Initial Premium**    $35,537.08

**No-Lapse Guarantee**    $426,445.04 per year
**Premium**

**Notice:**  This policy provides life insurance coverage for the lifetime of the Life Insured if sufficient premiums are paid until Age 121.  Premium payments in addition to the planned premium shown may need to be made to keep this policy and coverage in force.  Additional amounts are not guaranteed.  Interest above the guaranteed interest rate is not guaranteed and the company has the right to change the amount of additional interest credited to the policy and the amount of cost of insurance or other expense charges deducted under the policy, which may require more premium to be paid than was illustrated, or the Policy Value may be less than was illustrated.  Keeping the policy and coverage in force will be affected by factors such as:  changes in the current cost of insurance rates; the amount, timing and frequency of premium payments; the interest rate being credited to the Guaranteed Interest Account; changes to the death benefit option; changes in the Total Face Amount; loan activity; withdrawals; and deductions for any applicable Supplementary Benefit riders that are attached to, and made a part of, this policy.  Also refer to the Grace Period and Policy Termination provisions in Sections 10 and 11.

The policy value at the end of the No Lapse Guarantee Period shown on 3B may be insufficient to keep the policy in force.  If so, higher premiums thereafter than what you have been paying will be required to keep the policy in force.  Keeping the No Lapse Guarantee benefit in force will be affected by factors under your policy such as:  the amount, timing, and frequency of premium payments; changes in the death benefit option; changes in the face amount; loan activity and partial withdrawals.  You may contact us for more information about these requirements.  The No Lapse Guarantee benefit terminates at the end of the No Lapse Guarantee period shown on 3B although the policy may still remain in force.

PU0306ANY

THIS PAGE INTENTIONALLY LEFT BLANK

PU03106A

3.1

**1. POLICY SPECIFICATIONS** (continued) - Policy 93 972 826

## OTHER BENEFITS AND SPECIFICATIONS

Not Applicable

PU03206A

3.2

## 1. POLICY SPECIFICATIONS (continued) - Policy 93 972 826

### MAXIMUM EXPENSE CHARGES

**Deductions from Premium Payments**

| | |
|---|---|
| **Premium Charge** | 8% of each premium paid |

**Monthly Deductions:** the following charges are deducted monthly from the Policy Value

| **Administrative Charge** | Policy Years | Dollar amount |
|---|---|---|
| | 1 | $25.00 |
| | 2+ | $10.00 |

**Face Amount Charge** $0.6148 per $1,000 of Base Face Amount for the first 10 Policy Years.

**Cost of Insurance Charge** Determined in accordance with Section 14.  Maximum monthly rates per $1,000 are shown in Section 2.

**Other Charges**

**Surrender Charge** Charge deducted from the Policy Value during the Surrender Charge Period. See Sections 5 and 17 for details of when a Surrender Charge applies.

The Surrender Charge for the Base Face Amount at Issue is $86,662.63.

There is no Surrender Charge for any Supplemental Face Amount.

The Surrender Charge will reduce monthly over the Surrender Charge Period until it becomes zero.  The table below shows the applicable grading percentage at the beginning of each Policy Year during the Surrender Charge Period (proportionate grading percentages apply for other Policy Months).  The amount to which the Surrender Charge is reduced at any time is determined by multiplying the initial amount of Surrender Charge by the percentage that is applicable at that interval during the Surrender Charge Period.

| Surrender Charge Period (Policy Year) | Maximum Percentage of Surrender Charge | Surrender Charge Period (Policy Year) | Maximum Percentage of Surrender Charge |
|---|---|---|---|
| 1 | 100.00% | 9 | 87.50% |
| 2 | 100.00% | 10 | 75.00% |
| 3 | 100.00% | 11 | 62.50% |
| 4 | 100.00% | 12 | 50.00% |
| 5 | 100.00% | 13 | 37.50% |
| 6 | 100.00% | 14 | 25.00% |
| 7 | 100.00% | 15 | 25.00% |
| 8 | 87.50% | 16 | 0.00% |

**Supplementary Benefit Rider Charges** Charges for applicable riders are shown under Supplementary Benefits of this Section 1.

**Withdrawal Fee** $25.00 per withdrawal

PU03A06ANY

3A

**1. POLICY SPECIFICATIONS (continued) - Policy 93 972 826**

### TABLE OF VALUES

**Refer to your policy provisions for details on the terms and values shown in this table.**

| | |
|---|---|
| Minimum Total Face Amount | $ 100,000 |
| Minimum Base Face Amount | $ 100,000 |
| Minimum Base Face Amount Decrease | $  10,000 |
| No-Lapse Guarantee Period | |
| *Base Face Amount | First 9 Policy Years from Policy Date |
| Supplemental Face Amount (if elected) | First 2 Policy Years from Policy Date |
| Guaranteed Interest Account Annual Rate | Not less than 3% |
| Loan Interest Rate | As defined in Section 16 |
| Maximum Loan Interest Credited Differential | |
| Policy Years 1-10 | 1.50% |
| Policy Years   11+ | .25% |
| Minimum Loan Amount | $500 |
| Minimum Withdrawal Amount | $500 |
| Death Benefit Discount Factor | 1.0024663 |
| Partial Surrender Charge Decrease Exemption | 10% |

*Electing to increase the Supplemental Face Amount after the Policy Date may reduce this period.  Refer to
Section 5 for details.

PU03B06ANY

3B

## 2. TABLE OF RATES - Policy 93 972 826

### A. RATE TABLE

| Age | Maximum Monthly Rates per $1,000 of Net Amount at Risk | Minimum Death Benefit Factors | Age | Maximum Monthly Rates per $1,000 of Net Amount at Risk | Minimum Death Benefit Factors |
|---|---|---|---|---|---|
| 82 | 4.5636 | 1.3807 | | | |
| 83 | 5.0733 | 1.3545 | | | |
| 84 | 5.6400 | 1.3297 | | | |
| 85 | 6.2826 | 1.3063 | | | |
| 86 | 6.8695 | 1.2842 | | | |
| 87 | 7.7603 | 1.2628 | | | |
| 88 | 8.7003 | 1.2431 | | | |
| 89 | 9.7133 | 1.2247 | | | |
| 90 | 10.6571 | 1.2076 | | | |
| 91 | 11.1384 | 1.1910 | | | |
| 92 | 12.0927 | 1.1733 | | | |
| 93 | 13.5274 | 1.1552 | | | |
| 94 | 15.3719 | 1.1374 | | | |
| 95 | 17.7024 | 1.1197 | | | |
| 96 | 19.9736 | 1.1022 | | | |
| 97 | 22.3736 | 1.0836 | | | |
| 98 | 22.7915 | 1.0623 | | | |
| 99 | 24.2041 | 1.0350 | | | |
| 100 | 26.4942 | 1.0000 | | | |
| 101 | 29.0028 | 1.0000 | | | |
| 102 | 31.8878 | 1.0000 | | | |
| 103 | 35.1432 | 1.0000 | | | |
| 104 | 38.8726 | 1.0000 | | | |
| 105 | 43.0924 | 1.0000 | | | |
| 106 | 47.6414 | 1.0000 | | | |
| 107 | 52.5635 | 1.0000 | | | |
| 108 | 57.8160 | 1.0000 | | | |
| 109 | 63.6520 | 1.0000 | | | |
| 110 | 70.0659 | 1.0000 | | | |
| 111 | 76.7256 | 1.0000 | | | |
| 112 | 83.3333 | 1.0000 | | | |
| 113 | 83.3333 | 1.0000 | | | |
| 114 | 83.3333 | 1.0000 | | | |
| 115 | 83.3333 | 1.0000 | | | |
| 116 | 83.3333 | 1.0000 | | | |
| 117 | 83.3333 | 1.0000 | | | |
| 118 | 83.3333 | 1.0000 | | | |
| 119 | 83.3333 | 1.0000 | | | |
| 120 | 83.3333 | 1.0000 | | | |
| 121 | 0.0000 | 1.0000 | | | |

For attained Age 122 and above, the Maximum Monthly Rate per $1,000 of Net Amount of Risk is 0 and the Minimum Death Benefit Factor is 1.0000.
Maximum Monthly Rates are the same for the Base Face Amount and the Supplemental Face Amount and have been adjusted for any applicable Additional Ratings that are applied to the Cost of Insurance rates as shown in Section 1.

PU0406A