# EXHIBIT C

**EXHIBIT C**

## DEATH CERTIFICATE
## AUTHORIZATION AGREEMENT

I, Lilly Segal, hereby authorize and direct my personal representative, family members or any other person with responsibility for my affairs at the time of my death to obtain and provide to Gila Silber ("Purchaser"), or her agents, lenders or assigns, an original death certificate(s) and/or any other document(s) necessary to process a claim for benefits under life insurance policy number **93 972826** issued by **The John Hancock Life Insurance Company** ("Life Insurance Company") on March 5, 2008, or any other successor coverage life insurance policy issued due to conversion or carrier change, owned by The Lilly Segal Family Trust #1 dated January 18, 2008 (the "Trust").

In the event the above individuals or persons fail or refuses to provide a death certificate and/or other documents as contemplated above, then this authorization may be used by the Purchaser, her agents, lenders or assigns to obtain a death certificate and/or such other documents contemplated above, notwithstanding that it may contain confidential information otherwise protected from dissemination under any state or federal law, directly from the appropriate governmental agency.

This authorization has been executed freely and voluntarily and in consideration of the benefits that will have been received by the trust that owns the above specified life insurance policy insuring my life in connection with the sale arrangement between the Trust and the Purchase.

_____
Signature

_____
Printed Name

State of ___New York___ )
                        )ss.
County of ___Kings___ )

On _March 26, 2008_ before me, __E. Alan Rubenstein__ (Notary Public), personally appeared __Lilly Segal__ (Signer),

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Notary Public

E. ALAN RUBENSTEIN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02RU609672
Qualified in Nassau County
Term Expires August 04, 20 15

DEATH CERTIFICATE AUTHORIZATION AGREEMENT

Page 1 of 1

EXHIBIT C

## DEATH CERTIFICATE AUTHORIZATION AGREEMENT

I, Lilly Segal, hereby authorize and direct my personal representative, family members or any other person with responsibility for my affairs at the time of my death to obtain and provide to Gila Silber ("Purchaser") or her agents, lenders or assigns, an original death certificate(s) and/or any other document(s) necessary to process a claim for benefits under life insurance policy number **93 973600** issued by **The John Hancock Life Insurance Company** ("Life Insurance Company") on March 5, 2008, or any other successor coverage life insurance policy issued due to conversion or carrier change, owned by The Lilly Segal Family Trust #2 dated January 18, 2008 (the "Trust").

In the event the above individuals or persons fail or refuses to provide a death certificate and/or other documents as contemplated above, then this authorization may be used by the Purchaser, its agents, lenders or assigns to obtain a death certificate and/or such other documents contemplated above, notwithstanding that it may contain confidential information otherwise protected from dissemination under any state or federal law, directly from the appropriate governmental agency.

This authorization has been executed freely and voluntarily and in consideration of the benefits that will have been received by the trust that owns the above specified life insurance policy insuring my life in connection with the purchase arrangement between the Trust and the Purchaser.

_Lilly Segal_
Signature

_Lilly Segal_
Printed Name

State of _New York_ )
                    )ss.
County of _Kings_ )

On _March 26/2012_ before me, _E. Alan Rubenstein_ (Notary Public), personally appeared _Lilly Segal_ (Signer),

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

E. ALAN RUBENSTEIN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02RU609672
Qualified in Nassau County
Term Expires August 04, 20_15_

_E. Alan Rubenstein_
Notary Public

DEATH CERTIFICATE AUTHORIZATION AGREEMENT

Page 1 of 1