# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------X

FOT MANAGERS,    Index No. 15110/10

                Plaintiff

    -against-

INDEPENDENT PLANNING ASSOCIATES, INC.,
HERMAN SEGAL, LILLY SEGAL,    AFFIDAVIT OF
ENVIRONMENTAL CONTROL BOARD,    HERMAN SEGAL
AVIGDOR BLUMENFELD, DAVID LIEBERMAN,
ARON KAUFMAN, DAVID GREENWALD,
SHALOM ROTH and "JOHN DOE ONE"
through "JOHN DOE TEN,"

                Defendants.
----------------------------------------------------------------X

STATE OF NEW YORK    )
                             )SS.:
COUNTY OF KINGS     )

    Herman Segal, under oath, deposes and states the truth as follows:

1. I am a named defendant in this action and the son of co-defendant Lilly Segal.

2. My mother is a 91 year old Holocaust survivor, having been liberated by British forces from the Bergen Belsen concentration camp in 1945.

3. She is the owner of 1257 and 1257A 59th Street, Brooklyn, NY and she has lived at 1257A 59th Street for 37 years, ever since the house was built by my father/her husband in or about 1978.

4. In connection with a loan I took in 2009, I asked my mother to sign a paper. The paper was a mortgage on her house. I did not explain to her what she was signing, nor do I believe she

knew what she was signing. My mother did not borrow nor receive any money from the loan, nor did she understand that she was pledging her home.

5. I learned about this case when I received a call from the Court appointed receiver asking for rental records. My mother did not know about the case, nor did I tell my mother about it, as I did not want to upset her. Rather, I hired Abraham Hoschander, Esq. and asked him to defend her. My mother had no contact whatsoever with Abraham Hoschander, and did not know of the case nor that he had been hired to defend her.

6. When Abraham Hoschander needed information I alone gave it to him, and when he needed an affidavit from my mother for the case, I forged my mother's name on the affidavit (Exhibit A) without telling her about it, and I forged my wife's notarization on the forged affidavit using my wife's old notary stamp.

7. Abraham Hoschander and I had a falling out thereafter over money issues, and he simply stopped working on my mother's case and ignored the summary judgment motion and all other papers that plaintiff thereafter filed.

8. My mother is a frail, 91 year old Holocaust survivor who is at risk of losing her home as a result of her being taken advantage of by me.

9. She is in poor health, has had a 24 hour/day home health attendant since she came home from the hospital in 2009. In my opinion it would be very devastating to her for her to now lose her home of 37 years due to my conduct, for which I alone am responsible and she is 100% not at fault.

10. I also believe the affidavit of service on my mother is 100% false, as my mother was home 24 hours/day with a home attendant, and she and her home attendant would have been home at the times the process server alleges to have come to serve process.

11. I have been negotiating with the lender to try and rectify the situation and save my mother's home.

12. If the sale of her house is postponed there is little, if any, loss to the Plaintiff as home prices are rising.

13. In contrast, if my mother's home is sold, there is no way to reverse the sale and she will be irreparably harmed, in a way that could drastically affect her health.

WHEREFORE my mother's motion to stay the sale of her home, vacate the judgment of foreclosure and dismiss the complaint should be granted in all respects.

_____
Herman Segal

Sworn to before me this
9th day of July, 2015

_____
Notary Public

EDWARD N GEWIRTZ
ID. NO. 02GE5083224
QUALIFIED IN KINGS COUNTY
EXPIRES 8/11/2017