UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILMINGTON TRUST, N.A., as Securities Intermediary,

                Plaintiff,                                  21-cv-01540-PKC-TAM

      -     against –                           **CERTIFICATE OF DEFAULT**

HERMAN SEGAL,

                Defendant.
-----------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Herman Segal has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant Herman Segal is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

BRENNA B. MAHONEY, Clerk of the Court

Dated: Brooklyn, New York
       February 16, 2022

By: ___*Jalitza Poveda*___
         Deputy Clerk