IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

WILMINGTON TRUST, N.A.,
as Securities Intermediary,

    Plaintiff,

v.                                                                                    Case 1:21-cv-01540-PKC-VMS

HERMAN SEGAL,

    Defendant.

_____/

## DECLARATION OF JAMES DONOFRIO

I, James Donofrio, declare as follows:

1.     I have personal knowledge of the matters set forth in this declaration, I am of sound mind, and I am otherwise competent to testify to these matters.

2.     I am the Director of Jewish Funeral Services of Brooklyn located at 723 Coney Island Avenue, Brooklyn, New York 11218.

3.     On November 7, 2018, Herman Segal called Rabbi Hartman, an employee of the funeral home, and Mr. Segal informed the Rabbi that his mother had passed away at Mr. Segal's home.

4.     I then went in person to retrieve the body of Mr. Segal's mother at Mr. Segal's home, located 4115 Quentin Road, Brooklyn, New York.

5.     At that time, Mr. Segal provided me with the identifying information for his mother, including her name (Sprinta Berger), birthdate, and social security number, which I included on the form attached as Exhibit A. This information was also included in the death certificate attached as Exhibit B.

6. The body of Mr. Segal's mother was later transferred to Beth David Cemetery for burial.

7. Jewish Funeral Services of Brooklyn coordinated the interment of the body in the Burial Grounds of Yeshiva Rabbi Chaim Berlin, Map 1228, Section 1, Block 5, Row D, Grave # 10 in Beth David Cemetery.

8. Payment for the services Jewish Funeral Services of Brooklyn provided was received via check signed by Herman Segal. *See* Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2022.

_____
James Donofrio

# EXHIBIT A

NOVEMBER 7, 2018  12:05 Am

PLACE OF SERVICE _____ TIME OF SERVICE _____  DAY _____

| NAME: | FIRST | MIDDLE | LAST | SEX | DATE OF DEATH |
|---|---|---|---|---|---|
| | SPRINTA | | BERGER | F | MONTH 11 DAY 06 YEAR 2018 |

| PLACE OF DEATH | CITY OR VILLAGE | TOWN | COUNTY | STATE |
|---|---|---|---|---|
| 4115 Quentin (Road) | Brooklyn | | Kings | NY |

LENGTH OF STAY

| USUAL RESIDENCE A. STATE | COUNTY | CITY, TOWN OR LOCATION | STREET & HOUSE NO. | ZIP | APT. NO. | INSIDE CITY LIMITS OF 7C |
|---|---|---|---|---|---|---|
| NJ | Somerset | Green Brook | 24 Fairway Drive | 08812 | | ☒ Yes ☐ No |

| SERVED IN U.S. ARMED FORCES | MARITAL STATUS (CHECK ONE) | NAME OF SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) |
|---|---|---|
| NO ☒  YES ☐  SPECIFY YEARS FROM TO | 1 ☐ NEVER MARRIED  2 ☒ WIDOWED  2 ☐ MARRIED OR SEPARATED  4 ☐ DIVORCED | |

| DATE OF BIRTH OF DECEDENT | AGE AT LAST BIRTHDAY | IF UNDER 1 YEAR MOS. DAYS | IF LESS THAN 1 DAY HOURS MNS. | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| JANUARY 14 1924 | 94 | | | ███-██-5373 |

| USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY | ALIASES OR AKAs |
|---|---|---|
| Homemaker | Own Home | |

| BIRTHPLACE | EDUCATION |
|---|---|
| Czechoslovakia | 3 ☒ High school graduate or GED |

| NAME OF FATHER OF DECEDENT | MAIDEN NAME OF MOTHER OF DECEDENT |
|---|---|
| Tzvi Berkovitz | Shrinza Berger |

| NEXT OF KIN | RELATIONSHIP |
|---|---|
| Herschel Siegel | Son |

| ADDRESS | TELEPHONE |
|---|---|
| 4115 Quentin Road Bklyn 11234 | 917 750 8120 |

INFORMANTS NAME: [signature]

MAIL BILL TO: NAME / ADDRESS

Cardio Pulmonary Arrest

Atherosclerotic Heart Disease

CASKET MFG. _____  VAULT MFG. _____
MODEL NO. _____  MODEL NO. _____
DESCRIPTION _____  DESCRIPTION _____
INTERIOR _____  _____
RE-ORDERED BY: _____ DATE _____  ORDERED BY _____

## VETERANS INFORMATION

SERIAL NO. _____  RANK _____
ORGANIZATION _____
ENLISTED: DATE _____  PLACE: _____
DISCHARGED: DATE _____  PLACE: _____
FILED WITH V.A. _____ DATE: _____ AMOUNT _____

## SHIP IN / SHIP OUT

FUNERAL DIRECTOR _____
ADDRESS _____
_____
TELEPHONE _____
FLIGHT INFORMATION: _____
_____ CHAIM BEGIN _____  1177

CEMETERY _ BETH DAVID _____
BLOCK 3   SEC. 1   PLOT ____ ROW ____ GRAVE 10
NEXT TO _____ BEHIND/IN FRONT _____
ORGANIZATION _____
PLOT OWNER  MAP 1228
PERMIT FROM _____

SZMUL SIEGEL 03'           ROW D       849 -
ISRAEL SIEGEL 87' X        GRAVE #
       SEGAL

ARRANGED BY: _____  DIRECTED BY: _____
REMOVAL BY: _____
HEALTH DEP'T. NO. _____
CERTIFICATE FILED IN _____

# EXHIBIT B

# CERTIFICATE OF DEATH

Certificate No. _____

**1. DECEDENT'S LEGAL NAME:** SPRINTA BERGER (First, Middle, Last)

**Place of Death**
- 2a. New York City
- 2b. Borough: BROOKLYN
- 2c. Type of Place: 6 ☒ Decedent's Residence
- 2d. Any Hospice care in last 30 days: 2 ☒ No
- 2e. Name of hospital or other facility: 4115 QUENTIN ROAD

**Date and Time of Death**
- 3a. November 7, 2018
- 3b. Time: 12:05 AM
- 4. Sex: FEMALE
- 5. Date last attended by a Physician: 11 / 06 / 2018

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

- Name of Physician: ELI INZLICHT-SPREI
- Address: 630 FOSTER AVENUE BROOKLYN NY 11230
- License No.: 159-200
- Date: 11/07/2018

**Usual Residence**
- 7a. State: NEW JERSEY
- 7b. County: SOMERSET
- 7c. City or Town: GREEN BROOK
- 7d. Street and Number: 24 FAIRWAY DRIVE
- ZIP Code: 08812
- 7e. Inside City Limits?: ☒ Yes

- 8. Date of Birth: JANUARY 14, 1924
- 9. Age at last birthday: 94
- 10. Social Security No.: ███-██-5373

- 11a. Usual Occupation: HOMEMAKER
- 11b. Kind of business or industry: OWN HOME

- 13. Birthplace: CZECHOSLOVAKIA
- 14. Education: 3 ☒ High school graduate or GED

- 15. Ever in U.S. Armed Forces?: 2 ☒ No
- 16. Marital/Partnership Status at time of death: 6 ☒ Widowed
- 17. Surviving Spouse's/Partner's Name: _____

- 18. Father's Name: TZVI BERKOVITCZ
- 19. Mother's Maiden Name: SHPRINTZA BERGER

- 20a. Informant's Name: HERSHEL SIEGEL
- 20b. Relationship to Decedent: SON
- 20c. Address: 4115 QUENTIN ROAD BROOKLYN NY 11234

- 21a. Method of Disposition: 1 ☒ Burial
- 21b. Place of Disposition: BETH DAVID CEMETERY
- 21c. Location of Disposition: ELMONT, NEW YORK
- 21d. Date of Disposition: 11 / 07 / 2018

- 22a. Funeral Establishment: JEWISH FUNERAL SERVICE OF BROOKLYN NY
- 22b. Address: 723 CONEY ISLAND AVENUE BROOKLYN NY 11218

VR 15 (Rev. 12/09)

---

## THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE
### CONFIDENTIAL MEDICAL REPORT

Certificate No. _____

- 23. Ancestry: ☒ NOT Hispanic — Specify: JEWISH
- 24. Race: 01 ☒ White

**DECEDENT'S LEGAL NAME:** SPRINTA BERGER

**25. CAUSE OF DEATH**
- a. IMMEDIATE CAUSE: CARDIOPULMONARY ARREST
- b. DUE TO OR AS A CONSEQUENCE OF: ATHEROSCLEROTIC HEART D_____

E X H I B I T   C

