Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY OF NEW YORK, <br><br> Plaintiff <br><br> vs. <br><br> RETIREMENT VALUE, LLC, <br><br> Defendant. <br><br> AND RELATED CROSSCLAIM | CIVIL ACTION NO. 3:22-cv-275 |

### DECLARATION OF DR. ELI INZLICHT-SPREI, M.D.

I, Dr. Eli Inzlicht-Sprei, M.D., declare as follows:

1. I have personal knowledge of the matters set forth in this declaration, I am of sound mind, and I am otherwise competent to testify to these matters.

2. I hold a medical degree from St. Georges University School of Medicine. I am, and have been since 1984, a licensed physician in the State of New York, license number 159-200.

3. I personally know Herschel Siegel, who also goes by the name Herman Segal. I also have known his mother, Lilly Segal, since 2009, and had been her treating physician since.

4. Around November 7, 2018, Mr. Segal asked me to come to his residence located at 4115 Quentin Road, Brooklyn, NY 11234 to attend to his mother. I have previously visited

1

Mr. Segal at this residence. When I arrived, I confirmed that his mother was deceased. I recognized her when I examined the body, and knew her to be Lilly Segal.

5. Attached as Exhibit 1 is a true and correct copy of the death certificate for Lilly Segal, Mr. Segal's mother, that I completed and signed. Mr. Segal advised that Lilly Segal legally changed her name to Sprinta Berger, so the death certificate uses that name. I also identified Mr. Segal in the death certificate by his given name.

I declare under penalty of perjury that the foregoing is true ad correct. Executed on February 16, 2022.

_____
Dr. Eli Inzlicht-Sprei, M.D.

# **EXHIBIT 1**

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

**DATE FILED** — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE
**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
November 07, 2018 10:52 AM

**CERTIFICATE OF DEATH**

**Certificate No.** 156-18-046077

1. **DECEDENT'S LEGAL NAME** (First, Middle, Last): SPRINTA BERGER

**Place of Death**
- 2a. New York City
- 2b. Borough: BROOKLYN
- 2c. Type of Place: 6 ☒ Decedent's Residence
- 4. Nursing Home/Long Term Care Facility
- 2d. Any Hospice care in last 30 days: 2 ☒ No
- 2e. Name of hospital or other facility (if not facility, street address): 4115 QUENTIN ROAD

**Date and Time of Death**
- 3a. November 7, 2018
- 3b. Time: 12:05 AM
- 4. Sex: FEMALE
- 5. Date last attended by a Physician: 11/06/2018

6. **Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

- Name of Physician: ELI INZLICHT-SPREI
- Address: 620 FOSTER AVENUE BROOKLYN NY 11230
- License No.: 159-200
- Date: 11/07/2018

**Personal Particulars**
- 7a. Usual Residence State: NEW JERSEY
- 7b. County: SOMERSET
- 7c. City or Town: GREEN BROOK
- 7d. Street and Number: 24 FAIRWAY DRIVE
- ZIP Code: 08812
- 7e. Inside City Limits? ☒ Yes

- 8. Date of Birth: JANUARY 14, 1924
- 9. Age at last birthday: 94
- 10. Social Security No.: ***-**-5373

- 11a. Usual Occupation: HOMEMAKER
- 11b. Kind of business or industry: OWN HOME
- 12. Aliases or AKAs:

- 13. Birthplace: CZECHOSLOVAKIA
- 14. Education: 3 ☒ High school graduate or GED

- 15. Ever in U.S. Armed Forces? 2 ☒ No
- 16. Marital/Partnership Status at time of death: 6 ☒ Widowed
- 17. Surviving Spouse's/Partner's Name:

- 18. Father's Name: TZVI BERKOVITCZ
- 19. Mother's Maiden Name: SHPRINTZA BERGER

- 20a. Informant's Name: HERSCHEL SIEGEL
- 20b. Relationship to Decedent: SON
- 20c. Address: 4115 QUENTIN ROAD BROOKLYN NY 11234

- 21a. Method of Disposition: 1 ☒ Burial
- 21b. Place of Disposition: BETH DAVID CEMETERY
- 21c. Location of Disposition: ELMONT, NEW YORK
- 21d. Date of Disposition: 11 07 2018

- 22a. Funeral Establishment: JEWISH FUNERAL SERVICE OF BROOKLYN NY
- 22b. Address: 723 CONEY ISLAND AVENUE BROOKLYN NY 11218

Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

Steven P. Schwartz, Ph.D., City Registrar

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

R04423079

December 2, 2020

**Look for the following security features before accepting this document:**
- Multi-colored pink-blue-pink background
- Micro printing of the words New York City Department of Health and Mental Hygiene immediately above the bottom border and visible using a magnifying glass
- This watermark in the paper, which will be visible when held to the light:



- Thermochromic Ink: The logo above is printed with heat sensitive ink. It changes color when warmed by rubbing with a finger

VR-134 200M (04/18) P.O. NO. 20181823552