Eli Inzlicht-Sprei M.D.
1648 east 14th street
Brooklyn N.Y. 11229
Tel: 718-375-6370
Fax: 718-645-7184

Exhibit 9

March 26, 2012

To whom it may concern,

    Lilly Segal is under our medical care. She is completely cognitively intact and is fully competent to make all legal and medical decisions.

Sincerely,

Eli Inzlicht-Sprei M.D.

ELI INZLICHT-SPREI M.D.
1648 East 14th Street
Brooklyn, NY 11229
(718) 375-6370

## INSURED PERSONAL CONTACTS

*Please provide the names, addresses and telephone numbers for the following people.*

**Your name: Lilly Segal**

Address: 1267A 59 st    City: BC    State: NY
Zip: 11219

Phone: 718 851 7841    Drivers License Number: ___

*Financial Planner/Agent name:* Y. Gross    Phone: 718 972 1022
Address: 1175 58 st    City: BC    State: NY
Zip: 11219

*Physician's name:* Dr Eli Inzlicht-Sprei    Phone: 718-395-6390
Address: ___    City: ___    State: ___
Zip: ___

*Or Executor/Personal Representative under Will:* ___    Phone: ___
Address: ___    City: ___    State: ___
Zip: ___