Exhibit 13



**Subject Information**

(Best Information for Subject)

Name: ▓▓▓ ACQUAVIVA ▓▓▓
Name: ▓▓▓ ACOUAVIVA ▓▓▓
Date of Birth: ▓▓▓
Gender: ▓▓▓
SSN: ▓▓▓-5373 issued in **NEW YORK**

**Other Names Associated with Subject**
▓▓▓ ACQUIVIVA ▓▓▓

**Other DOBs Associated with Subject**

**Possible Phones Associated with Subject:**

## Address Summary (3 Found)

DEER PARK, NY 11729-4154 (SUFFOLK COUNTY)
NAPLES, FL 34104-9580 (COLLIER COUNTY)
WEST ISLIP, NY 11795-1120 (SUFFOLK COUNTY)

## Address Details (3 Found)

DEER PARK NY 11729-4154 (SUFFOLK COUNTY)

NAPLES FL 34104-9580 (COLLIER COUNTY)

WEST ISLIP NY 11795-1120 (SUFFOLK COUNTY)

## Cities History (3 Found)

DEER PARK, NY (SUFFOLK COUNTY)
NAPLES, FL (COLLIER COUNTY)
WEST ISLIP, NY (SUFFOLK COUNTY)

## Counties History (2 Found)

SUFFOLK, NY
COLLIER, FL