Exhibit 17

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

WILMINGTON TRUST, N.A.,
as Securities Intermediary,

      Plaintiff,

v.                                                              Case 1:21-cv-01540-PKC-VMS

HERMAN SEGAL,

      Defendant.

_____/

## DECLARATION OF RICHARD J. DAMM JR.

I, Richard J. Damm Jr., declare as follows:

1.    I have personal knowledge of the matters set forth in this declaration, I am of sound mind, and I am otherwise competent to testify to these matters.

2.    I am the Vice President at Beth David Cemetery located at 300 Elmont Road in Elmont, New York 11003.

3.    On November 7, 2018, Joseph McKibbin, a NYS Funeral Director License # 12367 for Jewish Funeral Services of Brooklyn presented a transit permit issued by the New York Department of Health (Transit Permit # 156-18-046077), providing for the interment of Sprinta Berger at Beth David Cemetery.

4.    On November 7, 2018, James Donofrio, a NYS Funeral Director License # 10977 for Jewish Funeral Services of Brooklyn arranged for the burial of Sprinta Berger in the Burial Grounds of Yeshiva Rabbi Chaim Berlin, Map 1228, Section 1, Block 5, Row D, Grave # 10 in Beth David Cemetery, in a gravesite located beside the grave of *Szmul David Ben Y'Israel Halevy Segal (Samuel David son of Israel Halevy Segal)*. The grave immediately beside Szmul Segal's is that of *Y'Israel Ben Shmuel David Segal Halevy (Israel son of Samuel David Segal Halevy)*.

1

5.      The attached photographs identify the location of Sprinta Berger's grave.  Exhibit

A.

6.      To date, and as shown in Exhibit A, a tombstone has not been raised at the grave of

Sprinta Berger.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

February 23, 2022.

Richard J. Damm Jr.
Vice President

2

# EXHIBIT A







