John Hancock
Life Post Issue - Claims
PO Box 55979, Boston MA 02205

Telephone: 1-888-887-2739
Fax: 1-617-572-1571

www.johnhancock.com

*John Hancock.*

November 16, 2021

HOLLAND & KNIGHT
ATTN: JESUS CUZA
701 BRICKELL AVE, STE. 3300
MIAMI, FL 33131

RE:   Policy Number: 93972826
      Insured: LILLY SEGAL

Dear Jesus Cuza,

Thank you for letter dated October 23, 2021.

Kindly be advised that the above-noted claim is still under review and we are awaiting sufficient proof of death.

If we require anything further, we will advise.

If you have any questions or need additional information, please contact me by email at susan.amicucci@jhancock.com.

Sincerely,

John Hancock Life Insurance Claims

Enclosure(s):
E-865LIFEPRO

Insurance products are issued by John Hancock Life Insurance Company of New York, Valhalla, NY 10595, herein referred to as John Hancock.

15003 0021

Highly Confidential

# RE: 93972826

Susan Amicucci <Susan_Amicucci@jhancock.com>

Wed 12/8/2021 7:34 AM

To: massiel.ibarra@hklaw.com <massiel.ibarra@hklaw.com>;

Cc: rebecca.canamero@hklaw.com <rebecca.canamero@hklaw.com>;

Good morning Massiel and Good morning Rebecca

Thank you for your email below and my apologies for the delay in replying.

Kindly be advised that the death certificate and judicial name change documents received reference a different SSN and DOB than what we have on file for Lilly Segal.

Any clarification that Holland & Knight could provide that would allow us to settle this matter would be greatly appreciated.

Thank you.

**Susan Amicucci**
Claims Analyst
**John Hancock**

susan_amicucci@jhancock.com
**416-926-4878**

200 Bloor Street E
Toronto ON M4W 1E5

*John Hancock.*

---

**From:** massiel.ibarra@hklaw.com <Office365@messaging.microsoft.com>
**Sent:** Friday, December 3, 2021 1:23 PM
**To:** Susan Amicucci <Susan_Amicucci@jhancock.com>
**Cc:** massiel.ibarra@hklaw.com; rebecca.canamero@hklaw.com
**Subject:** Re: 93972826

Ms. Amicucci,

We are in receipt of your letter dated November 16, 2021 relating to the above-referenced policies.  In the letter, you mention that you are awaiting proof of death for those policies.  As discussed in our October 23, 2021 letter (which I have attached for ease of reference), however, we attached the death certificate for Sprinta Berger, who as the evidence (including a judicial name change) makes clear is in fact the insured, Lilly Segal.  We are happy to discuss with you further on a call this afternoon or Monday at a time that works for you.


Thank you,


Rebecca Canamero | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

---

**From:** Susan Amicucci <Susan_Amicucci@jhancock.com>
**Sent:** Thursday, December 2, 2021 1:51:57 PM
**To:** massiel.ibarra@hklaw.com <massiel.ibarra@hklaw.com>
**Subject:** Re: 93972826


Good afternoon Massiel


Hopefully this email will be helpful to you and you won't have any trouble sending me an email back.


Thank you.



**Susan Amicucci**
Claims Analyst
John Hancock

susan_amicucci@jhancock.com
**416-926-4878**

200 Bloor Street E
Toronto ON M4W 1E5



STATEMENT OF CONFIDENTIALITY The information contained in this email message and any attachments may be confidential and legally privileged and is intended for the use of the addressee(s) only. If you are not an intended recipient, please: (1) notify me immediately by replying to this message; (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment; and (3) destroy all copies of this message and any attachments.

STATEMENT OF CONFIDENTIALITY The information contained in this email message and any attachments may be confidential and legally privileged and is intended for the use of the addressee(s) only. If you are not an intended recipient, please: (1) notify me immediately by replying to this message; (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment; and (3) destroy all copies of this message and any attachments.