UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WILMINGTON TRUST, N.A.,

                Plaintiff,

       -against-

HERMAN SEGAL,

                Defendant.
------------------------------------------------------------X

**NOTICE TO DEFENDANT**
21-CV-1540 (PKC) (TAM)

**Telephone Hearing**
Date: April 28, 2022
Time: 10:30 A.M.
Dial-In: (877) 336-1839
Access Code: 3914302

**TARYN A. MERKL**, United States Magistrate Judge:

    Wilmington Trust, N.A. ("Plaintiff") has started a federal lawsuit against Herman Segal. *See* ECF No. 1. You are receiving this notice as the named Defendant.

    Plaintiff alleges, among other things, that you unlawfully concealed the death of Mrs. Lilly Segal in order to interfere with Plaintiff's rights under two relevant life insurance policies.

    Plaintiff claims that you have received written notice of this lawsuit.

    You are receiving this notice from the Court because you have not answered or otherwise responded to Plaintiff's allegations.

    **Plaintiff has asked the Court to enter a default judgment against you.** Plaintiff has asked the Court to conclude that you do not oppose the allegations or disagree with the claims. This could lead to an order from the Court against you in the amount of tens of millions of dollars.

    If you continue to fail to participate, the Court may grant Plaintiff's request and enter the default judgment.

    A judgment is a public record with potential consequences, particularly if you do not cooperate with or pay the judgment. Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien, or garnishment.

    Enclosed is an Order scheduling a Telephone Conference for **April 28, 2022 at 10:30 a.m.**, to discuss Plaintiff's motion asking the Court to enter default judgment against you. You may participate in the conference by calling **877-336-1839** and typing in the access code **3914302**. You may also have a lawyer appear for you.

    On or before April 28, 2022, if you would like to inform the Court and Plaintiff of your views, including (1) whether you received notice about the lawsuit before this notice, or (2) what your factual or legal objections to Plaintiff's claims are, you may

send a letter or statement to the Court and to Plaintiff's counsel, whose information is at the bottom of the page. If you did not receive a copy of the complaint, you may request one from Plaintiff's lawyer or the Clerk of Court. Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice, and can be mailed or delivered to:

>United States District Court
>Eastern District of New York
>Attn: Clerk's Office / U.S.M.J. Taryn A. Merkl
>225 Cadman Plaza East
>Brooklyn, New York 11201

The Clerk of the Court is respectfully directed to mail a copy of this notice and the full docket sheet to:

- Herman Segal, 4115 Quentin Rd, Brooklyn, NY 11234
- Herman Segal, 1535 East 17th Street, Apt 4R, Brooklyn, New York, 11230

Dated:  Brooklyn, New York
        March 24, 2022

*Taryn A. Merkl*
TARYN A. MERKL
United States Magistrate Judge

<u>Plaintiff's Counsel:</u>
Rebecca Canamero
Holland & Knight
701 Brickell Ave. Suite 3300
Miami, FL 33176
Telephone: 305-439-0281
Email: rebecca.canamero@hklaw.com

Katherine Anne Skeele
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Email: katherine.skeele@hklaw.com