# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesús E. Cuza
305 789 7513
jesus.cuza@hklaw.com

November 1, 2022

*Via ECF*

Honorable Taryn A. Merkl
United States Magistrate Judge for the Eastern
District of New York
225 Cadman Plaza E Rm 317N
Brooklyn, NY 11201

Re:     *Wilmington Trust, N.A. v. Segal* Civil Action No. 1:21-cv-01540
        Letter relating to October 26, 2022 Status Conference

Dear Judge Merkl:

On behalf of Wilmington Trust, N.A. ("Plaintiff")[1] and with the consent of Defendant, Mr. Herman Segal ("Mr. Segal"), who is copied on this letter, we write this letter to inform the Court that after the October 26, 2022 status conference, the parties were able to reach an agreement as to (1) certain relevant, undisputed facts and (2) the entry of a partial final judgment on Count II of the Amended Complaint.  The stipulated facts are set forth in the attached Declaration signed by Mr. Segal.  *See* Exhibit A.  The proposed partial judgment agreed and consented to by the parties is attached as Exhibit B.[2]

Respectfully submitted,

HOLLAND AND KNIGHT LLP


s/Jesus E. Cuza
Jesus E. Cuza

copy to:        All attorneys of record via NYSCEF
                Non-Appearing Defendant Herman Segal, by mail and email

---

[1] At all times, Wilmington Trust, N.A. acts solely as the Securities Intermediary for the benefit of Geronta Funding, a Delaware statutory Trust, and does not act in its individual capacity.  *See, e.g.,* N.Y. U.C.C. § 8-102(a)(14)(ii).

[2] The social security numbers referenced in Exhibits A and B have been redacted, but unredacted versions of the Exhibits are being filed under seal.

#180094847_v1