UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
WILMINGTON TRUST, N.A.,
as Securities Intermediary,

                        Plaintiff,                  **PARTIAL FINAL JUDGMENT**
                                                                          21-CV-1540 (PKC) (TAM)

     - against -

HERMAN SEGAL,

                        Defendant.
------------------------------------------------------x

       **THIS MATTER** came before the Court with the consent of the parties as to certain declarations sought under Count II of the Amended Complaint by Plaintiff Wilmington Trust, N.A., as Securities Intermediary (the "SECURITIES INTERMEDIARY"). Based on the undisputed facts stipulated by the parties, the Court declares and enters partial final judgment as to Count II as follows:

       1.       Lilly Segal was the mother of Defendant Herman Segal.

       2.       Lilly Segal passed away on November 7, 2018, in Brooklyn, New York.

       3.       At the time of Lilly Segal's death, and as Defendant mentioned to Lilly Segal's doctor (Dr. Eli Inzlicht-Sprei) on November 7, 2018, Lilly Segal was also known as Sprinta Berger (which was her mother's maiden name).

       4.       Lilly Segal is buried at Beth David Cemetery in Brooklyn, New York.

       5.       The death certificate issued for Lilly Segal lists her name as Sprinta Berger.

       6.       The death certificate issued for Lilly Segal/Sprinta Berger incorrectly lists her social security number as ▮▮▮▮▮▮.

       7.       Lilly Segal/Sprinta Berger's correct social security number is ▮▮▮▮▮▮.

8.      Lilly Segal/Sprinta Berger was the insured under two life insurance policies issued by John Hancock Life Insurance Company (Policy No. ▇▇▇▇ and Policy No ▇▇▇▇).

Based upon those findings, **IT IS ON** this 14th day of November 2022, **ORDERED** that as to Count II of the Amended Complaint, SECURITIES INTERMEDIARY is entitled to partial final judgment on the declarations stated above.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge