# EXHIBIT A

- Lilly Segal's Certificate of Identity in Lieu of Passport, includes her birthdate of March 26, 1926 (*issued in 1947*)

- German Identity Card, indicating Lilly Segal was born on Mach 26, 1926, signed by Colonel V.T. Podhora, Chief of Czechoslovak Liaison Section to EUCOM (*issued in 1947*).

- Resettlement Center Card listing Lilly Segal as 21 years old in December 1947 (*issued in 1947*).

- The recording of Lilly Segal's immigration to the United States aboard the vessel Marine Marlin lists her name in the Passenger Manifest, with a birthdate of March 26, 1926. (*issued in 1948*)

- United States Line Company Passenger Ticket listing Lilly Segal's age as 21 years old in January 1948 (*issued in 1948*)

- Record of Immunization listing Lilly Segal's age as 21 years old in January 1948 (*issued in 1948*).

- Lilly Segal's Marriage License listing her date of birth as March 26, 1926 (*issued in 1953*)

- Lilly Segal's Affidavit for License to Marry listing her birthdate as March 26, 1926 (*issued in 1953*)

- Lilly Segal's Certificate of Marriage Registration to Schmul Segal, signed by her hand, includes her birthdate of March 26, 1926. (*issued in 1954*)

- Lilly Segal's Certificate of Naturalization, signed by her hand, includes her birthdate of March 26, 1926. (*issued in 1954*).

- Lilly Segal's Naturalization Petition Index Card, signed by her hand, includes her birthdate of March 26, 1926 (*issued in 1954*).

- Lilly Segal's Petition for Naturalization, signed by her hand, includes her birthdate of March 26, 1926 (*issued in 1954*).

- Lilly Segal is listed in the Registration of German Persecutees maintained in the Arsolen Archives (International Centre on Nazi Prosecution), with a birthdate of March 26, 1926.