# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesús E. Cuza
305 789 7513
jesus.cuza@hklaw.com

April 14, 2025

*Via ECF*
Honorable Pamela K. Chen
Eastern District of New York
225 Cadman Plaza E Rm 317N
Brooklyn, NY 11201

**Re**: *Wilmington Trust, N.A, v. Segal*, **Case 1:21-cv-01540 Pre-Motion Letter**

Dear Judge Chen,

Pursuant to Your Honor's April 2, 2025 Order, Wilmington Trust, N.A. hereby informs the Court that it consents to a bench trial for Count II in the Second Amended Complaint.

Sincerely,

**HOLLAND & KNIGHT LLP**

*/s/ Jesus E. Cuza*
Jesus E. Cuza

#233998917_v1