AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Wilimington Trust, N.A., <br> *Plaintiff* <br> v. <br> Herman Segal, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:21-cv-01540 (PKC) <br> ) <br> ) |

## PARTIAL JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: For the reasons stated on the record, the Court finds in favor of Defendant John Hancock Life Insurance Company of New York as to Count II of the Second Amended Complaint. Plaintiff's request for declaratory relief is denied in its entirety.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  Pamela K. Chen, U.S.D.J,  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 9/11/2025

*CLERK OF COURT*

s/F. Abdallah, Deputy Clerk
*Signature of Clerk or Deputy Clerk*