# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesús E. Cuza
305 789 7513
jesus.cuza@hklaw.com

October 1, 2025

*Via ECF*

Honorable Pamela K. Chen
Eastern District of New York
225 Cadman Plaza E Rm 317N
Brooklyn, NY 11201

Re:   *Wilmington Trust, N.A, v. Segal*, Case 1:21-cv-01540

Dear Judge Chen,

    Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Your Honor's September 26, 2025 Order, Plaintiff hereby (1) informs the Court of its desire to dismiss Count I of the Second Amended Complaint against Herman Segal and (2) requests an order from Your Honor dismissing Count I against Herman Segal with prejudice.

    Thank you for your consideration of this matter.

Sincerely,

**HOLLAND & KNIGHT LLP**

*Jesus E. Cuza*
Jesús E. Cuza

#233998917_v1